IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLA HOOD            PLAINTIFF

v.            4:19-cv-670-DPM

BIOMET, INC.; BIOMET ORTHOPEDICS,
LLC; and BIOMET U.S.
RECONSTRUCTION, LLC            DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 30 September 2020 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2020